UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SANDRA RUSSELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 3:18-cv-1449 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| DEPARTMENT OF HEALTH AND HUMAN | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## **COMPLAINT**

COMES NOW, the plaintiff, Sandra Russell, by and through her attorney, James R. Williams of Williams, Caponi & Associates, P.C. and for her Complaint against the defendant, the United States of America Department of Health and Human Services, states as follows:

1.     Sandra Russell is a citizen and resident of the City of Cahokia, County of St. Clair, State of Illinois.

2.     That Southern Illinois Healthcare Foundation (SIHF) is a Federal healthcare provider as an extension of the Department of Health and Human Services and agency of the United State government.

3.     That SIHF operates a clinic called the Cahokia Health Care Center at 818 Upper Cahokia Road, Cahokia, Illinois 62206.

4.     That Sandra Russell was a patient at Cahokia Health Care Center for several years.

5.      Starting in early 2015, Sandra Russell was complaining to Sarah Rahman, a physician's assistant employed at Cahokia Health Care Center, that she had had constipation for at least one month.

6.      That on several follow-up visits, Sandra Russell demonstrated signs and symptoms of colorectal cancer.

7.      That Sarah Rahman and other employees of Cahokia Health Care Center failed to properly evaluate Sandra Russell and her signs and symptoms of colorectal cancer for an extended period of time following her from 2015 onward.

8.      That the United States of America, Department of Health and Human Services, SIHF, and Cahokia Health Care Center were negligent by and through their agents, in one or more of the following ways:

  a.   Defendants negligently and carelessly failed to diagnose colorectal cancer that existed in Sandra Russell for an extended period of time starting as early as 2015.

  b.   Defendants negligently and carelessly failed to perform testing, including but not limited to a digital rectal exam on Sandra Russell which would have demonstrated her colorectal cancer.

  c.   Defendants failed to refer Sandra Russell to appropriate specialists for follow-up care for her colorectal cancer and symptoms of the same.

9.      Wherefore as a direct or proximate result of one or more of the foregoing negligent acts, Sandra Russell has suffered in one or more of the following ways:

  a.   Due to the negligence of the defense, Sandra Russell's colorectal cancer was diagnosed in an untimely fashion and she has suffered extensive injuries as a result of that late diagnosis.

  b. That Sandra Russell has undergone extensive medical treatment including chemotherapy and other treatments that might not have been necessary had her cancer been timely diagnosed.

  c. That Sandra Russell has undergone surgeries including colorectal surgery resulting in an ostomy and the use of a colostomy bag.

  WHEREFORE, plaintiff Sandra Russell, prays this Court enter an Order and judgment against the United States of America, Department of Health and Human Services, SIHF, and Cahokia Health Care Center, all as agents of the United States of America and for fees and costs.

      RESPECTFULLY SUBMITTED,


      */s/ James R. Williams*
      BY: JAMES R. WILLIAMS #06206334


LAW OFFICES
Williams, Caponi, & Associates, P.C.
30 East Main Street
PO Box 565
Belleville, IL 62220
(618) 235-1550
fax: (618) 235-8059

DEFENDANTS TO BE SERVED:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

U.S. Attorney's Office HHS
PO Box 197
Montgomery, AL 36101-0197

U.S. Department of Health and Human Services
Office of the General Counsel
200 Independence Ave, S.W.
Washington, D.C. 20201